Attorney General, and *Victor J. Michaelson,* Assistant Attorney General, for the State of Minnesota, and *Gordon Rosenmeier* for the Order of Railway Conductors et al., appellees. 

---

No. 170. GOODWIN *v.* STATE TAX COMMISSION. 

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Charles Goodwin, Jr., pro se. Jacob K. Javits,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, and *Robert W. Bush* and *John R. Davison,* Assistant Attorneys General, for appellee. 

---

No. 88. TAYLOR *v.* OKLAHOMA EX REL. RUTHERFORD, COUNTY ATTORNEY. 

 *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Charles Orlando Pratt* for appellant. 

No. 188. MALOTTE *v.* CALIFORNIA. 

*Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Leslie C. Gillen* and *John R. Golden* for appellant. 

---

No. 99. PACIFIC WESTERN OIL CORP., SUCCESSOR IN INTEREST TO GEORGE F. GETTY, INC., *v.* FRANCHISE TAX BOARD OF CALIFORNIA. 

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Joseph D. Peeler, John P. Pollock, David W. Richmond* and *Robert N. Miller* for appellant. *Edmund G. Brown,* Attorney General of California, *James E.*